February 6, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

## EX PARTE JOSHUA DEWAYNE RAGSTON

## NO. 14-13-00584-CR

_____

This cause was heard on the transcripts of the record of the court below, and having inspected the record, the Court holds there was no error in the judgment requiring reversal, but there was error in the judgment as entered, which is capable of reformation by this Court. Therefore, the judgment is **REFORMED**, to read as follows: Bail is set at $250,000 for the offenses of Capital Murder, Murder, and Aggravated Robbery.

The Court orders the judgment **AFFIRMED** as **REFORMED**.

We further order this decision certified below for observance.